Exhibit 1

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,739,721
Registered July 22, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## BE@RBRICK

MEDICOM TOY CORPORATION (JAPAN CORPORATION)
2-30-4, UEHARA, SHIBUYA-KU
TOKYO, JAPAN

FOR: DOLLS, FULLY ASSEMBLED OR IN KIT FORM, AND PARTS AND ACCESSORIES THEREFORE; DOLL CLOTHES; TOYS AND PLASTIC TOYS, NAMELY, BUILDING BLOCKS AND TOY ACTION FIGURES; HANDHELD UNIT WITH LCD MONITOR FOR PLAYING ELECTRONIC GAMES; JIGSAW PUZZLES; STAND ALONE VIDEO GAME MACHINES; BILLIARD GAME PLAYING EQUIPMENT, NAMELY, BILLIARD BALLS AND BILLIARD CUES; DICE; PLAYING CARDS; ORIENTAL GAME EQUIPMENT, NAMELY, GO, SHOJI, MAHJONG, UTAKARUTA, HANAFUDA, KARUTA; TOYS FOR DOMESTIC PETS; EQUIPMENT FOR PLAYING BALL GAMES, NAMELY, BASEBALL AND SOFTBALL BATS, BASEBALLS, SOFTBALLS, BASEBALL AND SOFTBALL GLOVES; TENNIS RACKETS AND TENNIS BALLS; GOLF CLUBS AND GOLF BALLS; CHEST EXPANDERS; SKI WAX; FISHING TACKLE; AMUSEMENT PARK STAND ALONE VIDEO GAME MACHINES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2002-005547, FILED 1-28-2002, REG. NO. 4608433, DATED 9-27-2002, EXPIRES 9-27-2012.

SER. NO. 76-372,588, FILED 2-15-2002.

GWEN STOKOLS, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,839,649

United States Patent and Trademark Office   Registered May 11, 2004

## TRADEMARK
### PRINCIPAL REGISTER



MEDICOM TOY CORPORATION (JAPAN CORPORATION)
2-30-4, UEHARA
SHIBUYA-KU, TOKYO, JAPAN

  FOR: DOLLS, FULLY ASSEMBLED OR IN KIT FORM, AND PARTS AND ACCESSORIES THEREFORE; DOLL CLOTHES; DOLL HOUSES; ASSEMBLED DOLLS; TOYS AND PLASTIC TOYS, NAMELY, BUILDING BLOCKS AND TOY ACTION FIGURES; MARIONETTE PUPPETS; TEDDY BEARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

  PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. 2002-62843, FILED 7-25-2002, REG. NO. 4651831, DATED 3-7-2003, EXPIRES 3-7-2013.

  THE MARK CONSISTS OF THE WORD "BEARBRICK" WHEREIN THE "A" HAS BEEN FORMED BY A "COMMERCIAL AT" SYMBOL "@" WITH OUTLINING ABOVE IT, GIVING THE IMPRESSION OF A HEAD OF A BEAR.

  SER. NO. 76-471,459, FILED 11-18-2002.

AMY HELLA, EXAMINING ATTORNEY